IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAY MATSON,

      Petitioner,                      No. 2: 10-cv-1047 JAM KJN P

    vs.

KATHLEEN ALLISON,

      Respondent.                 <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner is a state prisoner proceeding without counsel with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 7, 2010, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(*l*) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why his failure to oppose respondent's July 7, 2010 motion to dismiss should not deemed a waiver of any opposition to the granting of the motion. Petitioner is

////

////

////

1  cautioned that failure to respond to the instant order, or to file an opposition to the pending
2  motion to dismiss, will result in a recommendation that this action be dismissed.
3  DATED: August 11, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mat1047.46